F I L E  C O P Y
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

DEBRA COOK
(513) 564-7043
www.ca6.uscourts.gov

Filed: December 24, 2003

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

    RE: 03-3307
        USA vs. Prather
        District Court No. 00-00982

Dear Clerk:

    Enclosed please find:

        The CERTIFIED RECORD RETURNED to lower court at the end of
        appellate proceedings. [03-3307] . Volumes included: 5  Pl;

    Please acknowledge receipt of the certified record on the attached
copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

                                            Very truly yours,
                                            Leonard Green, Clerk

                                            Deb Cook
                                            Records Management Deputy