RECEIVED

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

DEC 2 2 2003

No: 03-3307

JAMES BONINI, Clerk
CINCINNATI, OHIO

Filed: December 19, 2003

UNITED STATES OF AMERICA

    Plaintiff - Appellee

1:00-cv-982

v.

~~BECKHAM S. PRATHER, JR.;~~

    Defendant - Appellant

RHONDA LOWRY, et al.

    Defendants

### MANDATE

Pursuant to the court's disposition that was filed 10/27/03 the mandate for this case hereby issues today.

A True Copy.

COSTS: NO COSTS TAXED

Attest:

Filing Fee ...........$
Printing ............$

    Total ........$

*Robin Duncan*
Deputy Clerk